UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHRISTINA JACOBS,**

    Plaintiff,

v.                                       Case No. 5:12cv363/MCR/EMT

**E. ABAD and
IVAN NEGRON,**

    Defendants.

_____/

<u>ORDER</u>

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated November 12, 2013 (doc. 49). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the objections filed.

    Having considered the Report and Recommendation, and the objections thereto, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Defendants' Motion to Dismiss (doc. 43) is **GRANTED**.

    3.    Plaintiff's Amended Complaint is **DISMISSED with prejudice**, pursuant to Fed. R. Civ. P. 12(b)(6), because the allegations fail to state a claim upon which relief can be granted.

    4.    The Clerk is directed to close the file.

**DONE and ORDERED** this 25th day of February, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**